MARTIN L. FINEMAN (State Bar No. 104413)
martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

JANET L. GRUMER (State Bar No. 232723)
janetgrumer@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
PASTA POMODORO, INC.; and JOHN P. GIANARAS and VIOLETTA D. GIANARAS, TRUSTEES of the GIANARAS LIVING TRUST DATED OCTOBER 6, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PASTA POMODORO, INC., a DELAWARE Corporation; and JOHN P. GIANARAS and VIOLETTA D. GIANARAS, TRUSTEES of the GIANARAS LIVING TRUST DATED OCTOBER 6, 2005,<br><br>Defendants. | Case No. CV11-01068-EDL<br><br>**ANSWER OF DEFENDANT PASTA POMODORO, INC. TO PLAINTIFFS' COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**<br><br>Assigned to the Hon. Elizabeth D. Laporte<br>Courtroom E<br><br>Action Filed: March 7, 2011 |

Defendant Pasta Pomodoro, Inc. ("Defendant"), answering for itself and no others, in response to the Complaint filed by Plaintiffs Daren Heatherly and Irma Ramirez ("Plaintiffs") admits, denies, and avers as follows:

## INTRODUCTION

1. Answering paragraph 1, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

2. Answering paragraph 2, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

## JURISDICTION AND VENUE

3. Answering paragraph 3, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

4. Answering paragraph 4, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

## PARTIES

5. Answering paragraph 5, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

6. Answering paragraph 6, Defendant admits that the ground floor and premises located at 4000 24th Street, San Francisco, California is currently leased by Defendant. Except as expressly admitted herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7. Answering paragraph 7, Defendant admits that the business located at 4000 24th Street, San Francisco, California, known as Pasta Pomodoro, is a restaurant open to the public. Except as expressly admitted herein, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

8. Answering paragraph 8, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

**PRELIMINARY FACTUAL ALLEGATIONS**

9. Answering paragraph 9, Defendant admits that a restaurant known as Pasta Pomodoro is located on the ground floor of the premises located at 4000 24th Street, San Francisco, California. Except as expressly admitted herein, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

10. Answering paragraph 10, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

11. Answering paragraph 11, Defendant denies, generally and specifically, each and every allegation in this paragraph.

12. Answering paragraph 12, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

13. Answering paragraph 13, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny, generally and specifically, each and every allegation in this paragraph.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14. Answering paragraph 14, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny, generally and specifically, each and every allegation in this paragraph.

15. Answering paragraph 15, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny, generally and specifically, each and every allegation in this paragraph.

16. Answering paragraph 16, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

17. Answering paragraph 17, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny, generally and specifically, each and every allegation in this paragraph.

18. Answering paragraph 18, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

19. Answering paragraph 19, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

20. Answering paragraph 20, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

21. Answering paragraph 21, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

22. Answering paragraph 22, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

23. Answering paragraph 23, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

24. Answering paragraph 24, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

25. Answering paragraph 25, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

26. Answering paragraph 26, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

27. Answering paragraph 27, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

28. Answering paragraph 28, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

29. Answering paragraph 29, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

30. Answering paragraph 30, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

31. Answering paragraph 31, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

32. Answering paragraph 32, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

33. Answering paragraph 33, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

34. Answering paragraph 34, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

35. Answering paragraph 35, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

36. Answering paragraph 36, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

37. Answering paragraph 37, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

**FIRST CAUSE OF ACTION**

**DENIAL OF ACCESS BY A PUBLIC ACCOMMODATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990(42 U.S.C. § 12101, et seq.)**

38. Answering paragraph 38, Defendant reincorporates its responses to the allegations contained in paragraphs 1 through 37 as if fully stated herein.

39. Answering paragraph 39, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

40. Answering paragraph 40, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

41. Answering paragraph 41, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

42. Answering paragraph 42, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

43. Answering paragraph 43, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

44. Answering paragraph 44, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

45. Answering paragraph 45, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

46. Answering paragraph 46, Defendant denies, generally and specifically, each and every allegation in this paragraph.

47. Answering paragraph 47, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

48. Answering paragraph 48, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

49. Answering paragraph 49, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

**SECOND CAUSE OF ACTION**

**DENIAL OF FULL AND EQUAL ACCESS IN VIOLATION OF CALIFORNIA CIVIL CODE §§ 54, 54.1 AND 54.3, ET SEQ.**

50. Answering paragraph 50, Defendant reincorporates its responses to the allegations contained in paragraphs 1 through 49 as if fully stated herein.

51. Answering paragraph 51, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

52. Answering paragraph 52, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

53. Answering paragraph 53, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

54. Answering paragraph 54, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

55. Answering paragraph 55, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

56. Answering paragraph 56, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

57. Answering paragraph 57, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

58. Answering paragraph 58, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

59. Answering paragraph 59, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

**THIRD CAUSE OF ACTION**

**DENIAL OF ACCESSIBLE SANITARY FACILITIES IN VIOLATION OF HEALTH AND SAFETY CODE § 19955, ET SEQ.**

60. Answering paragraph 60, Defendant reincorporates its responses to the allegations contained in paragraphs 1 through 59 as if fully stated herein.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

61. Answering paragraph 61, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

62. Answering paragraph 62, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

63. Answering paragraph 63, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

64. Answering paragraph 64, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

65. Answering paragraph 65, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

66. Answering paragraph 66, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

67. Answering paragraph 67, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**FOURTH CAUSE OF ACTION**

**DENIAL OF ACCESS TO FULL AND EQUAL ACCOMMODATIONS, ADVANTAGES, FACILITIES, PRIVILEGES AND/OR SERVICES IN VIOLATION OF CALIFORNIA CIVIL CODE § 51, ET SEQ. (THE UNRUH CIVIL RIGHTS ACT)**

68. Answering paragraph 68, Defendant reincorporates its responses to the allegations contained in paragraphs 1 through 67 as if fully stated herein.

69. Answering paragraph 69, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

70. Answering paragraph 70, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

71. Answering paragraph 71, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

72. Answering paragraph 72, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

73. Answering paragraph 73, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis they are denied.

74. Answering paragraph 74, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# PRAYER

## PRAYER FOR FIRST CAUSE OF ACTION FOR DENIAL OF ACCESS BY A PUBLIC ACCOMMODATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990 (42 U.S.C. § 12101, ET SEQ.)

1. Answering paragraph 1 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

2. Answering paragraph 2 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

3. Answering paragraph 3 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

## PRAYER FOR SECOND CAUSE OF ACTION FOR DENIAL OF FULL AND EQUAL ACCESS IN VIOLATION OF CALIFORNIA CIVIL CODE §§ 54, 54.1, AND 54.3, ET SEQ.

1. Answering paragraph 1 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

2. Answering paragraph 2 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

3. Answering paragraph 3 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

4. Answering paragraph 4 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. Answering paragraph 5 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

6. Answering paragraph 6 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

7. Answering paragraph 7 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

8. Answering paragraph 8 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

**PRAYER FOR THIRD CAUSE OF ACTION FOR**

**DENIAL OF ACCESSIBLE SANITARY FACILITIES IN VIOLATION OF**

**HEALTH & SAFETY CODE §19955, ET SEQ.**

1. Answering paragraph 1 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

2. Answering paragraph 2 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

3. Answering paragraph 3 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

4. Answering paragraph 4 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. Answering paragraph 5 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

**PRAYER FOR FOURTH CAUSE OF ACTION FOR DENIAL OF ACCESS TO FULL AND EQUAL ACCOMMODATIONS, ADVANTAGES, FACILITIES, PRIVILEGES AND/OR SERVICES IN VIOLATION OF CALIFORNIA CIVIL CODE §51, ET SEQ. (THE UNRUH CIVIL RIGHTS ACT)**

1. Answering paragraph 1 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

2. Answering paragraph 2 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

3. Answering paragraph 3 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

4. Answering paragraph 4 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

5. Answering paragraph 5 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

6. Answering paragraph 6 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.

7. Answering paragraph 7 of the Prayer, Defendant avers that the allegations in this paragraph are argument and conclusions of law that require no answer and, to the extent that it contains allegations of fact, they are denied.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## ADDITIONAL AND AFFIRMATIVE DEFENSES

By alleging the matters set forth in the additional and affirmative defenses below, Defendant does not allege or admit that they have the burden or proof and/or persuasion with respect to any of these matters. Defendant alleges as follows:

**FIRST ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Failure to State A Claim – All Claims)**

1. The Complaint, and each and every allegation contained therein, fails to state facts sufficient to constitute a claim against Defendant.

**SECOND ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Compliance – All Claims)**

2. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Defendant has substantially complied with any and all applicable statutes, regulations, and/or laws.

**THIRD ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Defendant's Conduct Not Actionable – All Claims)**

3. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because at all relevant times Defendant acted in good faith and with good cause. Defendant did not directly or indirectly perform or fail to perform any act that would constitute a violation of the rights, if any, of Plaintiffs or a violation of any duties or obligations owed to Plaintiffs.

**FOURTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Legitimate Business Reasons – All Claims)**

4. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Defendant had legitimate, nondiscriminatory reasons for all actions taken with respect to Plaintiffs, if any.

**FIFTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Reasonable Care – All Claims)**

5. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Defendant exercised reasonable care to prevent and correct promptly any alleged



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

unlawful or discriminatory behavior, and Plaintiffs unreasonably failed or refused to take advantage of any accommodations and/or any preventative or corrective opportunities provided by Defendant to avoid harm to Plaintiffs, if any occurred.

**SIXTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Accommodation Not Readily Achievable – All Claims)**

6. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the alleged accommodations requested are not readily achievable.

**SEVENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Accommodation Requested Not Necessary or Reasonable – All Claims)**

7. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the alleged accommodations requested are not necessary and/or reasonable.

**EIGHTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Lack of Notice – All Claims)**

8. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because they failed to provide prior notice of alleged barriers to access or enjoyment prior to filing the Complaint.

**NINTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Accommodation Not Structurally Feasible – All Claims)**

9. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the alleged requested accommodations are structurally infeasible.

**TENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Fundamental Alteration of Services and Activities – All Claims)**

10. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the accommodations requested would fundamentally alter Defendant’s services and/or activities.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**ELEVENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Denial of Service Based on Disability – All Claims)**

11. Plaintiffs are barred from recovering under the Complaint because Plaintiffs were not denied any opportunity to enjoy Defendant's accommodations or services as a result of any alleged disability as defined under 42 U.S.C. § 12102 et seq. California Civil Code §§ 51, 54, or 54.1, or California Health & Safety Code 19555 et seq. and any regulations related thereto.

**TWELFTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Undue Burden or Hardship – All Claims)**

12. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the relief requested would cause undue burden and/or undue hardship to Defendant.

**THIRTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Reasonable Accommodations – All Claims)**

13. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Defendant made and/or continues to make appropriate reasonable accommodations.

**FOURTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Lack of Causation – All Claims)**

14. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the alleged conduct of or chargeable to Defendant was not the cause of any injury, loss or damage to Plaintiffs. Any injury sustained by Plaintiffs was the result of intervening and/or superseding causes or events, which were not properly attributable to or foreseeable by Defendant and over which Defendant had no control.

**FIFTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Injury Caused by Others – All Claims)**

15. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Plaintiffs' alleged injury, if any, was caused by the acts or omissions of persons or entities acting separately and independently from Defendant, for which Defendant is not responsible, and any judgment rendered against Defendant must be reduced or denied accordingly.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**SIXTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(No Damages – All Claims)**

16. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Plaintiffs have incurred no damages.

**SEVENTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages – All Claims)**

17. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Plaintiffs had a duty to exercise reasonable efforts to mitigate damages, if any, and the loss suffered, if any, was the result of Plaintiffs' own failure and refusal to mitigate.

**EIGHTEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

18. The Complaint, and each and every claim contained therein, is barred pursuant to the doctrine of unclean hands.

**NINETEENTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Waiver – All Claims)**

19. The Complaint, and each and every claim contained therein, is barred pursuant to the doctrine of waiver.

**TWENTIETH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Estoppel – All Claims)**

20. Plaintiff is estopped by his own acts or omissions from recovery against Defendant, and each of them, for the alleged loss, injury or damage suffered by them, if any.

**TWENTY-FIRST ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Unjust Enrichment – All Claims)**

21. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because they would be unjustly enriched if permitted to recover.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**TWENTY-SECOND ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(No Entitlement to Attorneys' Fees – All Claims)**

22. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because the Complaint, and each and every claim contained therein, fails to state facts sufficient to entitle Plaintiffs to an award of attorneys' fees.

**TWENTY-THIRD ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

23. Plaintiffs are barred from recovering under the Complaint, in whole or in part, because Plaintiffs lack standing to assert the claims and injunctive relief sought in the Complaint.

**TWENTY-FOURTH ADDITIONAL AND AFFIRMATIVE DEFENSE**

**(Additional Affirmative Defenses – All Claims)**

24. Defendants presently have insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, additional or affirmative defenses available. Defendants reserve the right to assert additional and affirmative defenses in the event discovery indicates that they would be appropriate.

**PRAYER**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs' Complaint be dismissed in its entirety, and that Plaintiffs take nothing against Defendant by reason of the Complaint;

2. That Defendant's costs and expenses of suit herein, including reasonable attorneys' fees, be recovered; and



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. That Defendant be awarded such other relief as this Court deems just and proper.

DATED: May 20, 2011

DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN
JANET L. GRUMER

By: s/Janet L. Grumer
Janet L. Grumer

Attorneys for Defendants
PASTA POMODORO, INC.; and JOHN P. GIANARAS and VIOLETTA D. GIANARAS, TRUSTEES of the GIANARAS LIVING TRUST DATED OCTOBER 6, 2005



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899