| | |
|---|---|
| THOMAS E. FRANKOVICH (State Bar #074414)<br>THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION*<br>4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903<br>Telephone:    415/674-8600<br>Facsimile:     415/674-9900 | |

Attorney for Plaintiffs' DAREN HEATHERLY
 and IRMA RAMIREZ, each an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PASTA POMODORO, INC., a DELAWARE Corporation; and JOHN P. GIANARAS and VIOLETTA D. GIANARAS, TRUSTEES of the GIANARAS LIVING TRUST DATED OCTOBER 6, 2005,<br><br>　　　　Defendants. | **CASE NO CV-11-1068-EDL**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON　　　**CASE NO CV-11-1068-EDL**

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

| | |
|---|---|
| Dated: December 13, 2011 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| | By: /s/ *Thomas E. Frankovich*<br>Thomas E. Frankovich<br>Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual, |
| Dated: _____, 2011 | DAVIS WRIGHT TREMAINE, LLP |
| | By:_____<br>Janet L. Grumer<br>Attorney for Defendant's PASTA POMODORO, INC., a DELAWARE Corporation; and JOHN P. GIANARAS and VIOLETTA D. GIANARAS, TRUSTEES of the GIANARAS LIVING TRUST DATED OCTOBER 6, 2005 |

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2011

_____
Honorable Magistrate Judge Elizabeth D. Laporte
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON       CASE NO CV-11-1068-EDL

-2-

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011   THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

                            By:_____
                               Thomas E. Frankovich
                            Attorney for DAREN HEATHERLY and IRMA
                            RAMIREZ, each an individual,

Dated: December 12, 2011    DAVIS WRIGHT TREMAINE, LLP

                            By: /s/ Janet L. Grumer
                               Janet L. Grumer
                            Attorney for Defendant's PASTA POMODORO,
                            INC., a DELAWARE Corporation; and JOHN P.
                            GIANARAS and VIOLETTA D. GIANARAS,
                            TRUSTEES of the GIANARAS LIVING TRUST
                            DATED OCTOBER 6, 2005

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: January 12, 2012

/s/ Elizabeth D. Laporte
Honorable Magistrate Judge Elizabeth D. Laporte
UNITED STATE DISTRICT JUDGE